In the Matter of the Estate of Fred Ruebush, Deceased. Ernest Simpson, Claimant-Appellee, v. Henry Ruebush, as Administrator of the Estate of Fred Ruebush, Deceased, Respondent-Appellant.

Gen. No. 66–46.

Third District.

June 29, 1967.

T. Otis Brown, of Bushnell, and Zimmerly, Price & Johnson, of Champaign, for appellant; George Meuth, of Cuba, for appellee. Opinion by PRESIDING JUSTICE STOUDER. Not to be published in full.